# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | |
|---|---|
| **GEORGETTE BENITA THORNTON,** *Plaintiff*, v. **OFFICER M.S. SMOKES,** *et al.*, *Defendants.* | **CIVIL ACTION NO.** **5:23-cv-00465-TES-CHW** |

## ORDER DENYING MOTION TO APPEAL *IN FORMA PAUPERIS*

Before the Court is pro se Plaintiff Georgette Benita Thornton's Motion for Leave to Appeal *in Forma Pauperis* ("IFP") [Doc. 17]. On February 6, 2024, the Court issued an Order adopting the magistrate judge's R&R, denying Plaintiff's Motion for Leave to Proceed IFP, and dismissing Plaintiff's Complaint without prejudice. [Doc. 9]. On February 23, 2024, Plaintiff filed her Notice of Appeal [Doc. 11], which the Eleventh Circuit Court of Appeals dismissed on March 21, 2024. [Doc. 15]. Then, on April 1, 2024, after her appeal was dismissed, Plaintiff filed this Motion seeking the Court's leave to proceed IFP on appeal. *See* [Doc. 17].

Because the Court of Appeals has already dismissed Plaintiff's appeal, the Court **DENIES** Plaintiff's Motion for Leave to Appeal IFP [Doc. 17] **as moot**.[1]

---

[1] Plaintiff also failed to include in her Motion a list of issues she intends to appeal. *See* [Doc. 17]; Fed. R. App. P. 24(a)(1)(C). Such an omission is fatal to her application to proceed IFP. *See Muhammad v. Taylor*,

**SO ORDERED**, this 3rd day of April, 2024.

                                              S/ Tilman E. Self, III
                                              **TILMAN E. SELF, III, JUDGE**
                                              **UNITED STATES DISTRICT COURT**

---

No. 1:15-cv-4148-WSD, 2018 WL 10246465, at *2 (N.D. Ga. May 31, 2018) (holding that without a statement of the issues to be raised on appeal, a court cannot determine if the appeal is taken in good faith, "which is fatal to [the plaintiff's] application"); *see also McNair v. Bernard*, No. 1:17-cv-205-WSD, 2017 WL 9963366, at *1 (N.D. Ga. Nov. 27, 2017) (collecting cases).